## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DONOVAN PADDY, | ) | 3:08-CV-0236-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 11, 2009 |
| | ) | |
| DAVID MULKEY, an individual, | ) | |
| PEGGY GOINS, an individual, | ) | |
| LARRY CURLEY, an individual, | ) | |
| ARLAN D. MELENDREZ, | ) | |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Defendants have filed a Motion for Stay of Discovery Pending Disposition of Motion to Dismiss (Doc. #34).  Plaintiff has filed an Opposition (Doc. #38) in which he concedes to the granting of Defendants' Motion.

   Defendants' Motion for Stay of Discovery Pending Disposition of Motion to Dismiss (Doc. #34) is **GRANTED**.  If the case survives Defendants' Motion to Dismiss the court will set a scheduling conference and set forth a Discovery Plan and Scheduling Order that will govern this case from that point forward.

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                                By: <u>     /s/                              </u>
                                                                          Deputy Clerk