UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| DONOVAN PADDY, </br></br>     Plaintiff, </br></br> v. </br></br> DAVID MULKEY, et al., </br></br>     Defendants. | 3:08-cv-00236-LRH-RAM </br></br> ORDER |

Plaintiff Donovan Paddy ("Paddy") filed a complaint against defendants for violation of the Family Medical Leave Act ("FMLA"), 29 U.S.C. §§ 2601-2654. Doc. #1[1]. Paddy alleges that he was improperly fired from the Reno-Sparks Indian Colony for taking his medical leave.[2]

On August 21, 2009, the court issued an order staying the action to allow Paddy to exhaust his tribal remedies rather than dismiss his case. Doc. #46. However, six months later, Paddy has failed to file suit in tribal court or take any action to exhaust his tribal remedies. Accordingly, Paddy is ordered to show cause as to why his complaint should not be dismissed for failure to exhaust his tribal remedies.

\\\

---

[1] Refers to the court's docket number.

[2] For an in-depth discussion on the facts of this case refer to the court's August 21, 2009 order (Doc. #46).

IT IS THEREFORE ORDERED that plaintiff shall have until March 26, 2010, to show cause why the present action should not be dismissed for failure to exhaust tribal remedies.

IT IS SO ORDERED.

DATED this 8th day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2