UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONOVAN PADDY, | ) |
|     Plaintiff, | ) 3:08-cv-00236-LRH-RAM |
| v. | ) |
| DAVID MULKEY, et al., | ) ORDER |
|     Defendants. | ) |

Plaintiff Donovan Paddy ("Paddy") filed a complaint against defendants for violation of the Family Medical Leave Act ("FMLA"), 29 U.S.C. §§ 2601-2654. Doc. #1[1]. Paddy alleges that he was improperly fired from the Reno-Sparks Indian Colony for taking his medical leave.[2]

On August 21, 2009, the court issued an order staying the action to allow Paddy to exhaust his tribal remedies rather than dismiss his case. Doc. #46. However, six months later, Paddy still had not filed suit in tribal court or taken any action to exhaust his tribal remedies, and the court issued an order (doc. #48) to show cause as to why his complaint should not be dismissed for failure to exhaust his tribal remedies. Plaintiff was to file a response on or before March 26, 2010.

\\\

---

[1] Refers to the court's docket number.

[2] For an in-depth discussion on the facts of this case refer to the court's August 21, 2009 order (Doc. #46).

1   IT IS THEREFORE ORDERED that the present action shall be dismissed for failure to
2 exhaust tribal remedies.
3   The Clerk of the Court shall enter judgment accordingly.
4   IT IS SO ORDERED.
5   DATED this 17th day of September, 2010.

7   _____
    LARRY R. HICKS
8   UNITED STATES DISTRICT JUDGE

2