AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

DONOVAN PADDY,

    Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:08-CV-00236-LRH-RAM**

DAVID MULKEY, et al.,

    Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to exhaust tribal remedies.

  September 20, 2010                 **LANCE S. WILSON**
                                                                            Clerk

                                                                            /s/ D. R. Morgan
                                                                             Deputy Clerk